IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CHRISTOPHER A. GROVER,

    Plaintiff,

    v.                                                            Case No.  20-cv-1137-bbc

DR. JEFF HOLMGREN,

    Defendant.

JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant dismissing this case.

    /s/                                                                1/15/2021
Peter Oppeneer, Clerk of Court                               Date