IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CHRISTOPHER A. GROVER,

    Plaintiff,

  v.

Case No. 20-cv-1137-bbc

SOLE DEFENDANT, UNITED STATES,
L.C.O. FEDERAL TRIBAL CLINIC, and DR.
JEFF HOLMGREN,

    Defendants.

JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case.

| /s/ | 6/23/2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |